THE PEOPLE ex rel. JEROME B. PARMENTER, Appellant, *v.* HENRY A. GLIDDEN, as Clerk, etc., Respondent.

Argued May 27, 1879 ; decided June 3, 1879.)

*R. A. Parmenter* for appellant.

*Henry Smith* for respondent.

AGREE to affirm without opinion.
All concur.
Order affirmed.